UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAGA YOUNES,

Plaintiff,

-against-

JOHN FIORENTINO, JEAN'S, and CGM-LLNR LLC,

Defendants.

Case No. 1:26-cv-06658 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 9, 2026, Plaintiff and Defendants Jean's and CGM-LLNR LLC filed what was purported to be a stipulation extending Defendants Jean's and CGM-LLNR LLC's time to answer the Complaint in this action. *See* Dkt. 14. The Court "construe[d] the parties' stipulation as a joint letter motion for an extension of time," and so construed, granted the motion on September 10, 2026, as to all Defendants, including non-movant John Fiorentino. *See* Dkt. 15. To date, however, Plaintiff has yet to file proof of service of any Defendant on the docket. Accordingly, Plaintiff is ORDERED to file proof of service as to all Defendants forthwith, and no later than **September 21, 2026**. *See* Fed. R. Civ. P. 4(*l*)(1). If service has yet to be effectuated on any Defendant, then Plaintiff shall submit a letter providing an anticipated date of service in advance of Plaintiff's November 2, 2026 deadline. *See* Dkt. 1; Fed. R. Civ. P. 4(m).

Dated: September 16, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge