UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAGA YOUNES,

Plaintiff,

-against-

JOHN FIORENTINO, JEAN'S, and CGM-LLNR LLC,

Defendants.

Case No. 1:26-cv-06658 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On October 9, 2026, Defendants Jean's and CGM-LLNR LLC (the "Entity Defendants") filed a motion to dismiss. *See* Dkt. 26. Plaintiff has not submitted an opposition to this motion, which was due by October 23, 2026.

Accordingly, it is hereby ORDERED that Plaintiff shall file her opposition forthwith, and no later than **November 3, 2026**. Failure to do so will result in this Court deeming the Entity Defendants' motion unopposed.

Dated: October 27, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge